IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| NAFICE FIELDS | : | NO. 07-732-2 |

ORDER

AND NOW, this 23rd day of August, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Nafice Fields to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is DENIED; and

(2)  no certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
                                                              J.